UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY HUGHES,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>COUNTY OF WASHOE, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 3:12-cv-00179-MMD-WGC<br><br>ORDER |

　　　　On July 9, 2012, the Court ordered that Plaintiff file an amended complaint and that "if he fails to file an amended complaint within the time period specified [August 8, 2012] the action will be dismissed." (Dkt. no. 4.) To date, plaintiff has failed to file an amended complaint.

　　　　Fed. R. Civ. P. 41(b) permits the Court to dismiss claims where a plaintiff fails to prosecute or comply with the court's orders. It is therefore ordered that this action is dismissed. The Clerk is directed to close this case.

　　　　DATED THIS 2nd day of June 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE